IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                    CRIMINAL ACTION NO. 2:03-00194-01

THOMAS J. SAVOCA

## MEMORANDUM OPINION AND ORDER

Pending on the court's docket are two pro se motions filed by defendant:  1) Motion to Obtain Evidence and Transcripts (ECF No. 161); and 2) Motion for Discovery (ECF No. 274).  ECF No. 161 was filed while defendant's criminal case was on appeal and he was represented by counsel.  Accordingly, it is **DENIED**.  As to the motion for discovery, defendant failed to establish a right to or a need for the information sought.  For these and other reasons appearing to the court, it is also **DENIED**.

The Clerk is directed to send a copy of this Order to counsel of record and defendant.

It is SO ORDERED this 10th day of July, 2026.

ENTER:

David A. Faber
Senior United States District Judge